UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS JAMISON,<br><br>    Petitioner,<br><br>vs.<br><br>HAWS,<br><br>    Respondent.<br>_____/ | 1:09-cv-01283-YNP [DLB] (HC)<br><br>ORDER AUTHORIZING<br>IN FORMA PAUPERIS STATUS |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pursuant to 28 U.S.C. § 1915, petitioner is hereby AUTHORIZED to proceed *in forma pauperis*. The petition will be screened in due course.

IT IS SO ORDERED.

**Dated: March 12, 2010**     **/s/ Dennis L. Beck**
UNITED STATES MAGISTRATE JUDGE