1
2
3
4
5
6
7
8
9
10

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

11  DOUGLAS JAMISON,                         )    1:09-CV-00998 GSA HC
                                            )    1:09-CV-01283 GSA HC
12            Petitioner,                   )
                                            )    ORDER TO ADMINISTRATIVELY REOPEN
13                                          )    CASE NO. "1:09-CV-00998 GSA HC"
                                            )
14       v.                                 )    ORDER TO RE-FILE PETITION IN CASE
                                            )    NO. "1:09-CV-01283 GSA HC" IN CASE NO.
15                                          )    "1:09-CV-00998 GSA HC" AS FIRST
                                            )    AMENDED PETITION
16                                          )
     WARDEN HAWS, et al.,                   )    ORDER TO ADMINISTRATIVELY CLOSE
17                                          )    CASE NO. "1:09-CV-01283 GSA HC"
              Respondents.                  )
18  _____)
19

20         Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus

21  pursuant to 28 U.S.C. § 2254. He has returned his consent/decline form in both of the above-listed

22  cases indicating consent to Magistrate Judge jurisdiction.

23         On May 26, 2009, Petitioner filed a federal habeas petition in the Sacramento Division of the

24  United States District Court for the Eastern District of California. By order of the Court dated June 9,

25  2009, the case was transferred to the Fresno Division. Following a preliminary review of the petition,

26  on June 30, 2009, the undersigned issued an order dismissing the petition and directing Petitioner to

27  file an amended petition. He was instructed to reference the instant case number and title his

28  document as "First Amended Petition." Petitioner timely filed his First Amended Petition and

1  referenced the proper case number. Unfortunately, a new case was erroneously opened with the First

2  Amended Petition and given case number 1:09-CV-01283 YNP [DLB] HC. That case was recently

3  reassigned to the undersigned. After conducting an initial review, the error was discovered.

4                                                    **ORDER**

5           Accordingly, the Court HEREBY ORDERS that:

6           a.       The Clerk of the Court SHALL ADMINISTRATIVELY RE-OPEN Case No.

7                    "1:09-CV-00998 GSA HC";

8           b.       The Clerk of the Court SHALL RE-FILE the Petition in Case No.

9                    "1:09-CV-01283 GSA HC" into Case No. "1:09-CV-00998 GSA HC" and designate

10                   the petition as "First Amended Petition"; and

11          c.       The Clerk of the Court SHALL ADMINISTRATIVELY CLOSE Case No.

12                   "1:09-CV-01283 GSA HC."

13          Pursuant to Local Rule 132, documentation submitted to the Court should be in caption form

14  and include the appropriate case name and number.

15

16          IT IS SO ORDERED.

17      **Dated:    April 20, 2010                         /s/ Gary S. Austin**
                                                   UNITED STATES MAGISTRATE JUDGE
18

19

20

21

22

23

24

25

26

27

28